NORMAN HUBBARD, Respondent, *v.* HENRY T. CHAPMAN, JR., Appellant.

*Hubbard* v. *Chapman*, 34 App. Div. 252, affirmed.
(Argued November 19, 1900; decided December 4, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 28, 1898, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Clarence F. Birdseye* for appellant.

*Joseph A. Burr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.